

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00013-CV

MAXIE D. GREEN, D/B/A A TO Z
BAIL BONDS, Appellant

V.

THE STATE OF TEXAS, Appellee

§  On Appeal from the 30th District
   Court

§  of Wichita County (190,340-A)

§  August 31, 2023

§  Memorandum Opinion by Chief Justice
   Sudderth

## JUDGMENT ON REMAND

This appeal is on remand form the Court of Criminal Appeals.

This court has again considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Maxie D. Green, d/b/a A to Z Bail Bonds shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By /s/ Bonnie Sudderth
    Chief Justice Bonnie Sudderth